

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TALANA ORZECHOWSKI,            )
                              )
            Plaintiff,         )
                              )
      vs.                      )
                              )
THE BOEING COMPANY NON-        )
UNION LONG-TERM DISABILITY     )
PLAN, Plan Number 625, an ERISA )
Plan; THE BOEING COMPANY;      )
AETNA LIFE INSURANCE           )
COMPANY,                       )
                              )
            Defendants.        )
                              )
                              )
                              )
                              )
                              )

CASE NO. SACV12-01905-CJC (RNBx)

Judge:  Cormac J. Carney
Courtroom:  9

Complaint filed:  11/2/2012
Trial date:  3/11/14

JUDGMENT

      On March 12, 2014, the Honorable Cormac J. Carney, after full consideration of all the evidence and the oral argument of the parties at trial, issued a Memorandum of Decision (Doc. 34) that is expressly incorporated by reference herein and made a part of this Judgment.

      **ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that JUDGMENT IS ENTERED in favor of defendants The Boeing Company Non-Union Long-Term Disability Plan, Plan Number 625, an ERISA Plan, The Boeing Company and Aetna Life Insurance Company, and against

plaintiff Talana Orzechowski.  Plaintiff Talana Orzechowski shall take nothing by way of her complaint and the action is dismissed on the merits.

Dated: March 25, 2014

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Submitted By:

RONALD K. ALBERTS (SBN:  100017)
JESSICA WOLFF (SBN:  204635)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470

Attorneys for Defendants
THE BOEING COMPANY NON-UNION LONG-TERM DISABILITY PLAN, THE BOEING COMPANY, AETNA LIFE INSURANCE COMPANY

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

-2-
JUDGMENT